**ENTER JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA WOOLFOLK, ) | Case No. CV16-3073-R |
| Plaintiff, ) | **ORDER OF DISMISSAL** |
| v. ) | |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, ET AL., ) | |
| Defendant. ) | |

THE COURT having been advised by the counsel for the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60** days, to reopen the action if the settlement is not consummated. IT IS FURTHER ORDERED that all dates set in this action are hereby vacated. The Court reserves its jurisdiction for the purpose of enforcing the settlement.

Dated  August 11, 2016

MANUEL L. REAL
United States District Judge